**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Dena Comer,<br>      Plaintiff,<br>   v.<br>Deputy Sheriff Andrew Evans, Sheriff Thomas J. Templeton, officially as Sheriff of LaSalle County, and the County of LaSalle,<br>      Defendants. | FILED: JUNE 11, 2008<br>08CV3376<br>JUDGE DOW<br>MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
                              PH

| NAME (Type or print) |
|---|
| |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
|        s/ |

| FIRM |
|---|
| |

| STREET ADDRESS |
|---|
| |

| CITY/STATE/ZIP |
|---|
| |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL          APPOINTED COUNSEL |