# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of Dena Comer vs. Deputy Sheriff Andrew    Case Number:    08-CV-3376
Evans, Sheriff Thomas J. Templeton, officially as Sheriff of La Salle
County, and the County of La Salle

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Sheriff Thomas J. Templeton, officially as Sheriff of La Salle County, and the County of La Salle

| | |
|---|---|
| NAME (Type or print) Douglas A. Gift | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/Douglas A. Gift | |
| FIRM  Herbolsheimer, Lannon, Henson, Duncan and Reagan, P.C. | |
| STREET ADDRESS  654 First Street, Suite 400 | |
| CITY/STATE/ZIP  La Salle, IL 61301 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  0952788 | TELEPHONE NUMBER  (815)223-0111 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.  RETAINED COUNSEL           APPOINTED COUNSEL | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DENA COMER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-CV-3376 |
| | ) | |
| vs. | ) | Judge Dow |
| | ) | |
| DEPUTY SHERIFF ANDREW EVANS, | ) | Magistrate Judge Ashman |
| SHERIFF THOMAS J. TEMPLETON, | ) | |
| officially as Sheriff of La Salle County, | ) | |
| and the COUNTY OF LA SALLE, | ) | |
| | ) | |
| Defendants. | ) | |

## Proof of Service

I hereby certify that on August 11, 2008, I electronically filed **Appearance and Answer and Jury Trial Demand** with the Clerk of the Court pursuant to ECF and Fed.R.Civ.P. 5(a) which will send notification of such filing to the following:

Gregory E. Kulis and Associates, 30 North La Salle Street, Suite 2140, Chicago, IL 60602

By s/ Douglas A. Gift
Bar Number: 0952788
Attorney for Defendants
Herbolsheimer, Lannon, Henson, Duncan
 and Reagan, P.C.
654 First Street
La Salle, IL 61301
Telephone: (815) 223-0111
Fax: (815) 223-5829
E-mail: dgift@hlhdr.com