UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DENA COMER,** | ) | |
| | ) | **Case No. 08 C 3376** |
| **Plaintiff,** | ) | |
| | ) | **Judge Dow** |
| v. | ) | |
| | ) | **Magistrate Judge Ashman** |
| **DEPUTY SHERIFF ANDREW EVANS,** | ) | |
| **SHERIFF THOMAS J. TEMPLETON,** | ) | **Jury Demand** |
| **officially as Sheriff of LaSalle County, and** | ) | |
| **the COUNTY OF LASALLE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF MOTION

TO:   Thomas J. Platt
City of Chicago, Department of Law
30 N. La Salle St. Suite 1400
Chicago, IL 60602

Please take notice that I shall appear on the 26th day of August, 2008 at 9:15 a.m. or as soon thereafter as counsel may be heard, before the Honorable Judge Hart, and then and there present **PLAINTIFF'S MOTION TO PRESERVE EVIDENCE**, a copy of which is attached hereto.

/s/ Ronak D. Patel_____
Gregory E. Kulis and Associates, Ltd.

**Gregory E. Kulis and Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**
**Attorney No. 70798**

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 19th day of August, 2008, I, Ronak D. Patel, an attorney, served the attached documents upon the aforementioned address by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record.

/s/ Ronak D. Patel
Gregory E. Kulis & Associates, Ltd.

S:\Federal Cases\Comer v. Evans et. al\Pleadings\NOM.doc