UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENA COMER, | ) |
|     Plaintiff, | ) Case No. 08 C 3376 |
| | ) |
| v. | ) Judge Dow |
| | ) |
| DEPUTY SHERIFF ANDREW EVANS, | ) Magistrate Judge Ashman |
| SHERIFF THOMAS J. TEMPLETON, | ) |
| officially as Sheriff of LaSalle County, and | ) Jury Demand |
| the COUNTY OF LASALLE, | ) |
|     Defendants. | ) |

## AMENDED NOTICE OF MOTION

TO:  John J. Timbo                          Doug Gift
     James G. Sotos & Associates            Herbolscheimer, Lannon, Henson,
     550 East Devon Avenue Suite 150        Duncan and Reagan, P.C.
     Itasca, IL 60143                       654 First Street, Suite 400
                                            LaSalle, IL 61301

Please take notice that I shall appear on the 26th day of August, 2008 at 9:15 a.m. or as soon thereafter as counsel may be heard, before the Honorable Judge Hart, and then and there present **PLAINTIFF'S MOTION TO PRESERVE EVIDENCE**, a copy of which is attached hereto.

/s/ Ronak D. Patel_____
Gregory E. Kulis and Associates, Ltd.

**Gregory E. Kulis and Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**
**Attorney No. 70798**

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 19th day of August, 2008, I, Ronak D. Patel, an attorney, served the attached documents upon the aforementioned address by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record.

/s/ Ronak D. Patel
Gregory E. Kulis & Associates, Ltd.