**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Dena Comer, Plaintiff, v. Deputy Sheriff Andrew Evans, Sheriff Thomas J. Templeton, officially as Sheriff of LaSalle County, and the County of LaSalle, Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL    APPOINTED COUNSEL |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **DENA COMER,** | ) |
| | ) Case No. 08 C 3376 |
| **Plaintiff,** | ) |
| | ) Judge Dow |
| v. | ) |
| | ) Magistrate Judge Ashman |
| **DEPUTY SHERIFF ANDREW EVANS,** | ) |
| **SHERIFF THOMAS J. TEMPLETON,** | ) Jury Demand |
| officially as Sheriff of LaSalle County, and | ) |
| the **COUNTY OF LASALLE,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF FILING

TO:  John J. Timbo                     Doug Gift
     James G. Sotos & Associates       Herbolscheimer, Lannon, Henson,
     550 East Devon Avenue Suite 150   Duncan and Reagan, P.C.
     Itasca, IL 60143                  654 First Street, Suite 400
                                       LaSalle, IL 61301

PLEASE TAKE NOTICE that on this 20th day of August 2008, I caused to be electronically filed with the Clerk of the District Court for the Northern District of Illinois the attached **ATTORNEY APPEARANCE FOR RONAK PATEL.**

/s/ Ronak D. Patel_____
Gregory E. Kulis and Associates, Ltd.

**Gregory E. Kulis and Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**
**Attorney No. 70798**

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 20th day of August, 2008, I, Ronak D. Patel, an attorney, served the attached documents upon the aforementioned address by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record.

/s/ Ronak D. Patel
Gregory E. Kulis & Associates, Ltd.