UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DENA COMER,** | ) | |
| | ) | **Case No. 08 C 3376** |
| **Plaintiff,** | ) | |
| | ) | **Judge Dow** |
| v. | ) | |
| | ) | **Magistrate Judge Ashman** |
| **DEPUTY SHERIFF ANDREW EVANS,** | ) | |
| **SHERIFF THOMAS J. TEMPLETON,** | ) | **Jury Demand** |
| officially as Sheriff of LaSalle County, and | ) | |
| the **COUNTY OF LASALLE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF FILING

TO:  John J. Timbo                    Doug Gift
     James G. Sotos & Associates      Herbolscheimer, Lannon, Henson,
     550 East Devon Avenue Suite 150  Duncan and Reagan, P.C.
     Itasca, IL 60143                 654 First Street, Suite 400
                                      LaSalle, IL 61301

PLEASE TAKE NOTICE that on this 21st day of August 2008, I caused to be electronically filed with the Clerk of the District Court for the Northern District of Illinois the attached **JOINT INITIAL STATUS REPORT.**

/s/ Ronak D. Patel_____
Gregory E. Kulis and Associates, Ltd.

**Gregory E. Kulis and Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**
**Attorney No. 70798**

### CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 21st day of August, 2008, I, Ronak D. Patel, an attorney, served the attached documents upon the aforementioned address by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record.

/s/ Ronak D. Patel
Gregory E. Kulis & Associates, Ltd.