# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Dena Comer

Case Number: 08-cv-3376

v.

Deputy Sheriff Andrew Evans, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Deputy Sheriff Andrew Evans

| | |
|---|---|
| NAME (Type or print)<br>James G. Sotos | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ James G. Sotos | |
| FIRM<br>James G. Sotos and Associates, Ltd. | |
| STREET ADDRESS<br>550 East Devon, Suite 150 | |
| CITY/STATE/ZIP<br>Itasca, Illinois 60143 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06191975 | TELEPHONE NUMBER<br>630-735-3300 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐