UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Dena Comer
                     Plaintiff,

v.                                    Case No.: 1:08−cv−03376
                                         Honorable Robert M. Dow Jr.

Andrew Evans, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held on 8/26/2008. MOTION by Plaintiff Dena Comer for more definite statement Motion to Preserve Evidence [13] is withdrawn. Parties to exchange Rule 26(a)(1) disclosures by 9/23/08. Fact discovery to be completed by 1/30/09. Defendant Evans is given until 9/9/08 within which to answer or otherwise plead. Status hearing set for 1/28/2009 at 09:00 AM.. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.