

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DENA COMER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-CV-3376 |
| | ) | |
| vs. | ) | Judge Dow |
| | ) | |
| DEPUTY SHERIFF ANDREW EVANS, | ) | Magistrate Judge Ashman |
| SHERIFF THOMAS J. TEMPLETON, | ) | |
| officially as Sheriff of La Salle County, | ) | |
| and the COUNTY OF LA SALLE, | ) | |
| | ) | |
| Defendants. | ) | Stipulation and Order of Dismissal |

By agreement of the parties, the above entitled cause of action is dismissed, with prejudice, each party to pay its own costs.

_____
Attorney for Plaintiff
Dena Comer

_____
Attorney for Defendant, Andrew Evans

_____
Attorney for Remaining Defendants

**ORDER**

Pursuant to the foregoing stipulation, the above cause of action is dismissed, with prejudice, each party to pay its own costs.

ENTER: April 24, 2009

_____
Judge